**19925.** MONTGOMERY, administrator, *v.* MONTGOMERY *et al.*

BROYLES, C. J. This was a suit upon a promissory note, and a plea of payment was filed by the defendants. The plea was amply supported by the evidence, and the verdict in favor of the defendants was authorized. The special grounds of the motion for a new trial show no cause for a reversal of the judgment.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 12, 1929.

*Porter & Mebane, M. B. Eubanks,* for plaintiff.
*W. W. Mundy,* for defendants.